IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| THI-KING SHABAZZ JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:23CV168 |
| | ) | |
| WRENN-ZEALY PROPERTIES, INC., | ) | |
| And EDDY, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**JUDGMENT**

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and, on October 16, 2023, was served on the parties in this action. (ECF Nos. 5, 6.) No objections were filed within the time prescribed by § 636. The Court hereby adopts the Magistrate Judge's Recommendation.

**IT IS HEREBY ORDERED AND ADJUDGED** that the Complaint is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B) as frivolous and for failure to state a claim and pursuant to Rule 12(h)(3) for lack of subject matter jurisdiction.

This, the 9th day of November 2023.

/s/ Loretta C. Biggs
United States District Judge